**TILLOTSON CORPORATION,**
Appellant,

v.

**INTERNATIONAL TRADE
COMMISSION,**
Appellee,

and

Smart Glove Holdings, SDN. BHD,
Smart Glove Corporation SDN. BHD.,
Henry Schein, Inc., and HSI Gloves,
Inc., Intervenors.

Nos. 2009–1196, 2009–1197.

United States Court of Appeals,
Federal Circuit.

Dec. 14, 2009.

William D. Belanger, Pepper Hamilton LLP, of Boston, MA, argued for appellant. With him on the brief was Gregory C. Dorris, of Washington, DC. Of counsel was Alison L. McCarthy, of Boston, MA; and Daniel C. Winston, Choate Hall & Steward LLP, of Boston, MA.

Paul M. Bartkowski, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel for Litigation. Of counsel was Wayne W. Herrington, Attorney.

Scott M. Daniels, Westerman Hattori, Daniels & Adrian LLP, of Washington, DC, argued for intervenors.

Before BRYSON, ARCHER, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36